**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

PATTERSON CONNER                     CASE NO.  3:25-CV-02004

VERSUS                               JUDGE TERRY A. DOUGHTY

ELIZABETH MATTHEWS ET AL             MAG. JUDGE KAYLA D.
                                     MCCLUSKY

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 7], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED** that the United States of America shall be substituted as Defendant in lieu of Elizabeth Matthews, D.D.S., and Tensas Community Health Center, Inc.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the motion to dismiss for lack of subject matter jurisdiction [Doc. No. 5] filed by Elizabeth Matthews, D.D.S. and Tensas Community Health Center Inc is **GRANTED**, and Plaintiff, Patterson Conner's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** in its entirety. FED. R. CIV. P. 12(b)(1).

MONROE, LOUISIANA, this 19th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1